

MICHAEL A. CARDOZO
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CAMIEL S. RICHARDS
Special Assistant Corporation Counsel
phone: 212-676-8580
fax: 212-788-9776
email: crichard@law.nyc.gov

July 16, 2012

**VIA ECF**
Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Bettina Jerome v. City of New York, et al.</u>, 11 CV 03661 (RRM) (SMG)

Your Honor:

    I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly.

    The parties thank the Court for its attention to this matter.

Respectfully submitted,

Camiel Richards
Special Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Michael P. Mangan, Esq (By ECF)
*Attorney for Plaintiff*